**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-2008**

———————

CHARLES S. BRILES,

Plaintiff - Appellant,

versus

SANDY HENDERSON BRILES SURRATT; WACHOVIA BANK
AND TRUST COMPANY, N.A.,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Greensboro. James A. Beaty, Jr.,
District Judge. (CA-95-624-2)

———————

Submitted: September 17, 1996     Decided: November 15, 1996

———————

Before WILKINS, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles S. Briles, Appellant Pro Se. Mark Forester Griffin,
Greensboro, North Carolina; Ellen M. Gregg, WOMBLE, CARLYLE,
SANDRIDGE & RICE, Winston-Salem, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting Defendants' motions to dismiss for lack of jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Briles v. Surratt</u>, No. CA-95-624-2 (M.D.N.C. June 18, 1996). Appellant's motions for general relief, including his requests to present additional points and to present argument against Appellee Surratt's brief, are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2